MILTON C. FARRELL, Respondent, v. PAUL SACKS and Another, Appellants

*Impleaded, etc.*— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.